# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

149985(44)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

FANNIE MAE,
    Plaintiff/
    Cross-Defendant-Appellee,

v

                    SC: 149985
                    COA: 315256
                    Wayne CC: 12-000734-CZ

RONALD WILLIS and BRENDA WILLIS,
    Defendants/
    Cross-Plaintiffs-Appellants.

_____/

    On order of the Court, the motion for reconsideration of this Court's December 30, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



Clerk

p0518